In the Matter of the Application of ELIZABETH COCKETT ROBINSON to register and confirm her title to land situate at Puunau, Honokowai and Kaanapali, District of Lahaina, Island and County of Maui, Hawaii.

No. 4234.

JANUARY 5, 1967.

RICHARDSON, C.J., CASSIDY, WIRTZ, LEWIS, AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing presents no ground for further consideration of the case. It is merely a reargument of matters considered and disposed of by our opinion. The petition is denied.

Cassidy and Wirtz, JJ., having dissented from the majority in the original opinion, do not concur.

*Thomas W. Flynn* for the petition.